## STATE v. KIRKPATRICK.

No. 17195—Opinion Filed Sept. 21, 1926.

Rehearing Denied Jan. 18, 1927.

Syllabus the same as in case No. 17198.

From judgment of district court dismissing an accusation against Nevins F. Kirkpatrick, the State brings error. Reversed.

BRANSON, V. C. J. In the instant case an accusation was returned against the defendant as sheriff of Pushmataha county by the same grand jury and at the same term of court and at the same time as against the defendant in the case of the State of Oklahoma, Plaintiff in Error, v. George R. Childers, Defendant in Error, No. 17198, this day decided (122 Okla. 64, 252 Pac. 6). The rules and reasons set forth in said cause are applicable to the instant case.

This cause is therefore reversed, with direction to the district court to take such further action herein as the facts and law warrant.

NICHOLSON, C. J., and MASON, PHELPS, and HUNT, JJ., concur.

## STATE v. HASTINGS.

No. 17196—Opinion Filed Sept. 21, 1926.

Rehearing Denied Jan. 18, 1927.

Syllabus same as in case No. 17198.

From judgment of district court dismissing an accusation against W. S. Hastings, the State brings error. Reversed.

BRANSON, V. C. J. Herein an accusation was returned by the same grand jury and at the same time as that returned against the defendant in case No. 17198, entitled "The State of Oklahoma, Plaintiff in Error, v. George R. Childers, Defendant in Error," this day decided (122 Okla. 64, 252 Pac. 6).

The grounds on which the accusation was quashed in the instant case were the same as in that case, and the rules and reasons for reversing that case are applicable herein.

This cause is therefore reversed, with direction to the district court to reinstate the accusation and take such other proceedings as provided by law.

NICHOLSON, C. J., and MASON, PHELPS, and HUNT, JJ., concur.

## STATE v. GOSSETT.

No. 17197—Opinion Filed Sept. 21, 1926.

Rehearing Denied Jan. 18, 1927.

Syllabus same as in case No. 17198.

From a judgment of the district court dismissing an accusation against Louie C. Gossett, the State brings error. Reversed.

BRANSON, V. C. J. In the instant case the accusation against the defendant was returned by the same grand jury at the same term of court and at the same time as the accusation in case No. 17198, entitled "The State of Oklahoma, Plaintiff in Error, v. George R. Childers, Defendant in Error" (122 Okla. 64 252 Pac. 6). The accusation was quashed on the same grounds as discussed in said case. The rules and reasons set forth therein are applicable here.

This cause is therefore reversed, with direction to the trial court to reinstate the accusation and take such other proceedings as authorized by law.

NICHOLSON, C. J., and MASON, PHELPS, and HUNT, JJ., concur.